AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Demetrius Shondale CRAIG** | ) | Case No. 2:22-mj-142 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 1, 2022 _____ in the county of _____ Franklin _____ in the _____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(9) | Possession of a firearm after a domestic violence conviciton |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
_Complainant's signature_

S. Chappell ATF TFO
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 03/02/2022 _____

_____
_Judge's signature_

City and state: _____ Columbus Ohio _____

U.S. Magistrate Judge Chelsey M. Vascura
_Printed name and title_

**PROBABLE CAUSE AFFIDAVIT**
**Demetrius Shondale CRAIG**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Demetrius Shonedale CRAIG hereinafter referred to as CRAIG for knowing he had been previously convicted of a misdemeanor crime of domestic violence, knowingly possessed a firearm and or ammunition, and the firearm and or ammunition was in and affecting interstate and foreign commerce, In violation of 18 U.S.C. 922(g)(9) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that CRAIG committed this offence.

4. On or about March 1, 2022, at approximately 3:29 A.M. the Columbus, Ohio Police and Fire Dispatch Center received a call from an identified caller. The caller stated a male later identified as CRAIG had a gun. The caller was worried that CRAIG was going to shoot his daughter or the caller's mother. The caller told the dispatcher that CRAIG was holding a gun to his head. The caller stated that this was happening at 1772 Oak Street Columbus, Ohio. The caller informed the dispatcher that police have to stand down if they come in, he is going to shoot (officers), kill himself, or his daughter.

5. At approximately 3:38 A.M. uniformed CPD officers arrived at 1772 Oak Street and began to set up a perimeter around the home. Officers made contact with the caller. The caller told officers that CRAIG was inside the home with his daughter and her grandmother. Officers verified that CRAIG had valid warrants from Franklin County, Ohio Municipal Court Case 2022CRB000398 for domestic violence.

6. Officers eventually made contact with CRAIG through the fourth-floor window on the north side of the residence. CRAIG was visibly upset and screaming profanities at the officers.

7. After a barricade that lasted approximately an hour CRAIG exited the residence with a handgun in his right hand. CRAIG refused to listen to officers' commands and was verbally combative. CRAIG eventually placed the handgun on the ground. CRAIG then removed a loaded handgun magazine from his pocket and tried to walk away.

**PROBABLE CAUSE AFFIDAVIT**
**Demetrius Shondale CRAIG**

8. Officers were able to take CRAIG into custody. The adult and juvenile were able to exit the residence and were taken to a safe location.

9. Officers found that the firearm possessed by CRAIG was a HighPoint .380 with a defaced serial number. Officers found that the ammunition possessed by CRAIG was Winchester .380 ammunition.

10. CRAIG was prohibited from possession of a firearm or ammunition based upon having been previously convicted of the following crime of domestic violence.

    a. Franklin County, Ohio Municipal Court Case 2019CRB012786 for domestic violence.

11. Your Affiant confirmed via ATF resources that the aforementioned ammunition possessed by CRAIG on or about March 1, 2022, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

12. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

13. Based on this information, your affiant believes probable cause exists that CRAIG knowing he had been previously convicted of a crime domestic violence, knowingly possessed ammunition, that is, 380. caliber Winchester ammunition and the ammunition was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, 922(g)(9) and 924(a)(2).


ATF TFO Samuel Chappell


Sworn to and subscribed before me this day of __2nd__, March 2022_____, at_____ Columbus, Ohio.

**U.S. MAGISTRATE JUDGE**